## 21361. EVANS v. SCOTT & COMPANY.
## 21376. ANDERSON v. SCOTT & COMPANY.

BROYLES, C. J. These are companion cases and involve the same transaction. In neither case did the petition set out a valid cause of action, and the court did not err in dismissing them on general demurrer.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 13, 1931.

*W. V. Custer & Son, P. D. Rich,* for plaintiff.
*Hay & Gainey,* for defendants.